Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD MOORE,<br><br>        Plaintiff,<br><br>    vs.<br><br>SUNFLOWER CLOVIS INVESTORS, LLC,<br>et al.,<br><br><br>        Defendants. | No.  1:14-cv-01376---SAB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT BOBBY SALAZAR'S MEXICAN RESTAURANT AND CANTINA, INC. DBA BOBBY SALAZAR'S TAQUERIA <u>ONLY</u>; ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that **<u>only</u> Defendant Bobby Salazar's Mexican Restaurant and Cantina, Inc. dba Bobby Salazar's Taqueria** be dismissed from this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).


Date: October 14, 2014                MOORE LAW FIRM, P.C.

                                    */s/ Tanya E. Moore*
                                      Tanya E. Moore
                                      Attorneys for Plaintiff
                                        Ronald Moore

# ORDER

Good cause appearing,

IT IS HEREBY ORDERED that **only Defendant Bobby Salazar's Mexican Restaurant and Cantina, Inc. dba Bobby Salazar's Taqueria** be dismissed from this action with prejudice.


IT IS SO ORDERED.

Dated:    **October 14, 2014**

_____
UNITED STATES MAGISTRATE JUDGE