# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No. 1:14-cv-01376-LJO-SAB |
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |
| vs. | |
| SUNFLOWER CLOVIS INVESTORS, LLC, et al., | |
| Defendants. | |

On October 16, 2014, Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, this action is HEREBY DISMISSED in its entirety with prejudice.

IT IS SO ORDERED.

Dated: **October 29, 2014**         **/s/ Lawrence J. O'Neill**
                            UNITED STATES DISTRICT JUDGE